UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1882 W. Landis Ave.
Vineland, NJ 08360
856-692-7474
VD-3263
Counsel for Debtor, Micaela A. Mendez

In Re:
Debtor, Micaela A. Mendez

**Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-30447

Adv. No.:

Hearing Date: 1/29/19; 10:00 a.m.

Judge: ABA

# ORDER APPROVING MOTION TO SUSPEND REQUIREMENT OF § 341 HEARING AND PLAN PAYMENTS FOR THREE MONTHS

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: January 29, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of Movant's Motion to Suspend Requirement of § 341 Hearing and Plan Payments for Three Months:

ORDERED, that the Movant's Motion is hereby

GRANTED; and it is further

ORDERED that the requirement of debtor to attend a § 341 hearing is suspended for a period of _____ months; the debtor shall contact the Chapter 13 Trustee to reschedule the § 341 hearing no later than March 31, 2019; and it is further

ORDERED, that debtor's obligation to make Chapter 13 Plan payments is suspended for a period of _____ months; the Debtor shall resume making her regular plan payments commencing with the payment due April 1, 2019, as set forth in her then most recently filed Plan.