UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Victor Druziako, Esq.
Law Office of Victor Druziako, P.C.
1882 W. Landis Ave.
Vineland, NJ 08360
856-692-7474
VD-3263
Counsel for Debtor, Micaela A. Mendez

In Re:
Debtor, Micaela A. Mendez

**Order Filed on January 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 18-30447

Adv. No.:

Hearing Date: 1/29/19; 10:00 a.m.

Judge: ABA

# ORDER APPROVING MOTION TO SUSPEND REQUIREMENT OF § 341 HEARING AND PLAN PAYMENTS FOR THREE MONTHS

The relief set forth on the following pages, numbered two (2) through two (2) is

hereby **ORDERED**.

**DATED: January 29, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon consideration of Movant's Motion to Suspend Requirement of § 341 Hearing and Plan Payments for Three Months:

ORDERED, that the Movant's Motion is hereby

GRANTED; and it is further

ORDERED that the requirement of debtor to attend a § 341 hearing is suspended for a period of _____ months; the debtor shall contact the Chapter 13 Trustee to reschedule the § 341 hearing no later than March 31, 2019; and it is further

ORDERED, that debtor's obligation to make Chapter 13 Plan payments is suspended for a period of _____ months; the Debtor shall resume making her regular plan payments commencing with the payment due April 1, 2019, as set forth in her then most recently filed Plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Micaela A. Mendez  
    Debtor

Case No. 18-30447-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 29, 2019  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2019.
db          +Micaela A. Mendez,   360 N. Lincoln Ave.,   Vineland, NJ 08361-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2019 at the address(es) listed below:
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Michael R. DuPont    on behalf of Creditor    Bay Atlantic Federal Credit Union
         dupont@redbanklaw.com,   dana@redbanklaw.com
        R. A. Lebron    on behalf of Creditor    Selene Finance, LP as servicer for U.S. BANK NATIONAL
         ASSOCIATION, AS TRUSTEE FOR ONE WILLIAM STREET REMIC TRUST 2008-1 bankruptcy@feinsuch.com
        Richard James Tracy, III    on behalf of Creditor    Selene Finance, LP as servicer for U.S. BANK
         NATIONAL ASSOCIATION, AS TRUSTEE FOR ONE WILLIAM STREET REMIC TRUST 2008-1
         rtracy@schillerknapp.com,
         tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Victor  Druziako    on behalf of Debtor Micaela A. Mendez bkdruziako@aol.com
                                                                    TOTAL: 8