| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Richard J. Tracy, Esq. (ID. #079152013)<br>SCHILLER, KNAPP,<br>LEFKOWITZ & HERTZEL, LLP<br>A LLP Formed in the State of New York<br>30 Montgomery Street, Suite 1205<br>Jersey City, New Jersey 07302<br>(518) 786-9069<br>Attorneys for Creditor, US Bank National Association, as Trustee for One William Street REMIC Trust 2008-1, By its servicing agent Selene Finance LP<br><br>In Re:<br>MICAELA A. MENDEZ, | Case No.: 18-30447<br><br>Adv. No.: _____<br><br>Chapter: 13<br><br>Hearing Date: 03/26/2019<br><br>Judge: ABA |

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, __Richard J Tracy__,

   ☒ am the attorney for: __Creditor__

   ☐ am self-represented

   Phone number: __518-786-9069__

   Email address: __tshariff@schillerknapp.com__

2. I request an adjournment of the following hearing:

   Matter: __Motion for Relief from Stay__

   Current hearing date and time: __03/26/2019, 10AM__

   New date requested: __04/09/2019__

   Reason for adjournment request: __Parties would like additional time to resolve, review debtor's intention in regards to the property and attempt a resolution.__

3.     I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

    below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: March 22, 2019                                    /s/ Richard J Tracy
                                                                                                            Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted                     New hearing date: 4/9/19 at 10 am          ☐ Peremptory

☐ Granted over objection(s)     New hearing date: _____      ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

                                                                                                                           *rev.10/1/15*