DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID. #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, US Bank National Association, as Trustee for One William Street REMIC Trust 2008-1 by its servicing agent Selene Finance LP

**Order Filed on April 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MICAELA A. MENDEZ,

Debtor.

Case No.: 18-30447-ABA

Hearing Date: February 26, 2019

Judge: Hon. Andrew B. Altenburg

Chapter: 13

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: April 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

10

Page 2
Debtor: **MICAELA A. MENDEZ,**
Case No.: **18-30447-ABA**
Caption of Order:   **Order Vacating Automatic Stay and Co-Debtor Stay**
_____

Upon the motion of Creditor, US Bank National Association, as Trustee for One William Street REMIC Trust 2008-1 by its servicing agent Selene Finance LP on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) and 1301 (c)  for relief from the automatic stay and Co-debtor Stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **360 North Lincoln Avenue, Vineland, New Jersey 08360.**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

11