DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Richard J. Tracy, Esq. (ID. #079152013)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, US Bank National Association, as Trustee for One William Street REMIC Trust 2008-1 by its servicing agent Selene Finance LP

Order Filed on April 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MICAELA A. MENDEZ,

Debtor.

Case No.: 18-30447-ABA

Hearing Date: February 26, 2019

Judge: Hon. Andrew B. Altenburg

Chapter: 13

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: April 9, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

10

Page 2
Debtor: **MICAELA A. MENDEZ,**
Case No.: **18-30447-ABA**
Caption of Order:   **Order Vacating Automatic Stay and Co-Debtor Stay**
_____

Upon the motion of Creditor, US Bank National Association, as Trustee for One William Street REMIC Trust 2008-1 by its servicing agent Selene Finance LP on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) and 1301 (c)  for relief from the automatic stay and Co-debtor Stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **360 North Lincoln Avenue, Vineland, New Jersey 08360.**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:  
Micaela A. Mendez  
       Debtor

Case No. 18-30447-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Apr 09, 2019  
                                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.  
db            +Micaela A. Mendez,    360 N. Lincoln Ave.,    Vineland, NJ 08361-3004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:

           Denise E. Carlon     on behalf of Creditor     Toyota Motor Credit Corporation  
             dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Michael R. DuPont     on behalf of Creditor     Bay Atlantic Federal Credit Union  
             dupont@redbanklaw.com, dana@redbanklaw.com  
           R. A. Lebron     on behalf of Creditor     Selene Finance, LP as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ONE WILLIAM STREET REMIC TRUST 2008-1 bankruptcy@feinsuch.com  
           Richard James Tracy, III     on behalf of Creditor     Selene Finance, LP as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ONE WILLIAM STREET REMIC TRUST 2008-1 rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
           Victor Druziako     on behalf of Debtor Micaela A. Mendez bkdruziako@aol.com  
                                                                                                                                                       TOTAL: 8