UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Micaela A. Mendez

Case No.: 18-30447-ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

## NOTICE OF PROPOSED ABANDONMENT

DOUGLAS S. STANGER, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on June 29, 2021 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom 4B (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:
$127,500.00  360 North Lincoln Avenue Vineland, NJ  08361

Liens on property:
$381,775.00 Selene Finance LP/Fein Such Kahn & Shephard

Amount of Equity claimed as exempt:
$0

Objections must be served on, and requests for additional information directed to:

Name: Douglas S. Stanger

Address: 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221

Telephone No. (609) 645-1881

United States Bankruptcy Court
District of New Jersey

In re:  
Micaela A. Mendez  
Debtor

Case No. 18-30447-ABA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: May 28, 2021 | Form ID: pdf905 | Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Micaela A. Mendez, 1159 N. East Avenue, Vineland, NJ 08360-2305 |
| cr | + | Bay Atlantic Federal Credit Union, McKenna, DuPont, Higgins & Stone, P.O. Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517839618 | + | Ariel Mendez, 360 N. Lincoln Ave., Vineland, NJ 08361-3004 |
| 517812295 | + | Bob's Furniture/Wells Fargo, POB 14517, Des Moines, Iowa 50306-3517 |
| 517812297 | + | Capital One/Cbela, 4800 NW 1st Street, Suite 300, Lincoln, Nebraska 68521-4463 |
| 517812298 | + | Carrington Mortgage Services, LLC, POB 5001, Westfield, Indiana 46074-5001 |
| 517812303 | + | Cumberland OB/GYN PA, 1138 E. Chestnut Ave., Vineland, New Jersey 08360-5053 |
| 517812304 | | Excelcare Alliance, LLC, Attn #17103K, POB 14000, Belfast, Maine 04915-4033 |
| 517812305 | + | Fein Such Kahn & Shephard, 7 Century Drive, Suite 201, Parsippany, New Jersey 07054-4673 |
| 517812306 | + | Inspira - South Jersey Healthcare, 238 S. Evergreen Ave., Woodbury, New Jersey 08096-2714 |
| 517812307 | + | MPMA, INC, 1138 E. Chestnut Ave., Suite #7C, Vineland, New Jersey 08360-5053 |
| 517812309 | | Toyota Financial Services, POB 4102, Carol Stream, Illinois 60197-4102 |
| 517903805 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517985148 | + | Toyota Motor Credit Corporation, Denise Carlon, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517938342 | + | U.S. Bank et al by its servicer, Selene Finance LP, c/o Schiller Knapp Lefkowitz Hertzel LLP, 9990 Richmond Ave. Suite 400, South Houston, TX 77042-4546 |
| 517931995 | | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517812310 | + | US Department of Education/GLELSI, POB 7860, Madison, Wisconsin 53707-7860 |
| 517911846 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 28 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 28 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517812294 | | Email/Text: lrichard@bayatlanticfcu.org | May 28 2021 21:26:00 | Bay Atlantic Federal Credit Union, 101 W. Elmer Road, Vineland, New Jersey 08360-6312 |
| 517926442 | | Email/Text: laura@redbanklaw.com | May 28 2021 21:24:00 | Bay Atlantic Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 517900987 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 28 2021 21:44:37 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517812296 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 28 2021 21:42:58 | Capital One Bank (USA), N.A., POB 71083, Charlotte, North Carolina 28272-1083 |
| 517812300 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2021 21:43:58 | Citi Bank, POB 6403, Sioux Falls, South Dakota 57117-6403 |
| 517812301 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 28 2021 21:25:00 | Comenity Bank/Boscov's, Bankruptcy Department, POB 183043, Columbus, Ohio 43218-3043 |
| 517812302 | + | Email/PDF: creditonebknotifications@resurgent.com | May 28 2021 21:43:01 | Credit One Bank, POB 98873, Las Vegas, Nevada |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517929230 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2021 21:43:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517812308 | + | Email/Text: EBN_Waco@Receivemorermp.com | May 28 2021 21:27:00 | PMAB, LLC, 4135 South Stream Blvd., Suite 400, Charlotte, North Carolina 28217-4636 |
| 517922999 | | Email/Text: bnc-quantum@quantum3group.com | May 28 2021 21:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517839467 | + | Email/Text: bkteam@selenefinance.com | May 28 2021 21:25:00 | Selene Finance, LP, 9990 Richmond Ave., Houston TX 77042-4559 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517812299 | | CBNA/The Home Depot, POB 6497, Sioux Falls, |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Michael R. DuPont | on behalf of Creditor Bay Atlantic Federal Credit Union dupont@redbanklaw.com john@redbanklaw.com |
| R. A. Lebron | on behalf of Creditor Selene Finance  LP as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ONE WILLIAM STREET REMIC TRUST 2008-1 bankruptcy@fskslaw.com |
| Richard James Tracy, III | on behalf of Creditor US Bank National Association  as Trustee for One William Street REMIC Trust 2008-1 by its servicing agent Selene Finance, LP richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: May 28, 2021 | Form ID: pdf905 | Total Noticed: 31

Richard James Tracy, III
on behalf of Creditor Selene Finance LP as servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ONE WILLIAM STREET REMIC TRUST 2008-1 richard.tracy.iii@gmail.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

Victor Druziako
on behalf of Debtor Micaela A. Mendez bkdruziako@aol.com

TOTAL: 10